ACCEPTED
01-15-00480-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/13/2015 9:51:33 AM
CHRISTOPHER PRINE
CLERK

## No. 01-15-00480-CV

### IN THE COURT OF APPEALS
### FIRST JUDICIAL DISTRICT
### HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/13/2015 9:51:33 AM

CHRISTOPHER A. PRINE
Clerk

## METROPOLITAN THEATRE, LLC

### *APPELLANT*

### VS.

## YES PREP PUBLIC SCHOOLS, INC.

### *APPELLEE*

### ON INTERLOCUTORY APPEAL FROM THE 334TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS
### TRIAL COURT CASE NO. 2015-24030

### APPELLANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

1. This interlocutory appeal commenced on May 28, 2015, when this Court received Appellant Metropolitan Theatre, LLC's ("Metropolitan") timely filed Notice of Appeal (Interlocutory).

1

2. The original Clerk's Record in this appeal was filed on June 25, 2015, thus originally setting the due date for Metropolitan's opening brief on July 15, 2015, pursuant to Tex.R.App.P. 36.8(a).

3. Metropolitan and Appellee YES Prep Public Schools, Inc. ("YES Prep") subsequently discovered several significant omissions from the Clerk's Record, including a business records affidavit, a notice of filing of the affidavit, and a reply filed by YES Prep. The pleadings omitted from the Clerk's Record are important to the arguments to be presented by the parties, as well as the resolution of this appeal, because among other things the omitted documents provide the only proof of YES Prep's status as a governmental entity.

4. Accordingly, on July 7, 2015, Metropolitan and YES Prep jointly requested the Harris County District Clerk to supplement the Clerk's Record with specific documents omitted from the original Clerk's Record. A true and correct copy of this joint request is attached to this Motion as Exhibit A.

5. Simultaneously with the filing of the joint request to supplement the Clerk's Record, Metropolitan filed an Unopposed Motion to Extend Time to File Brief requesting the Court to extend the deadline for filing

Metropolitan's opening brief to a date 15 days following the clerk's filing with this Court the supplemental record requested by the parties.

6. On July 16, 2015, this Court granted Metropolitan's extension motion in part and extended the deadline for Metropolitan to file its opening brief to and through August 14, 2015.

7. Unfortunately, however, although almost five weeks have passed since Metropolitan and YES Prep filed their joint request to supplement the Clerk's Record, the clerk has still not filed and forwarded to this Court any supplemental Clerk's Record. As stated above, Metropolitan cannot complete and file its opening brief without referencing documents specified in the parties' joint request to supplement the Clerk's Record in this appeal.

8. Accordingly, Metropolitan respectfully requests that the Court further extend the deadline for filing Metropolitan's opening brief to and through September 1, 2015.

9. In addition, Metropolitan further respectfully requests that the Court order the Harris County District Clerk to prepare and forward to this Court no later than August 28, 2015, a supplemental Clerk's Record containing all items specified in the parties' joint request to supplement the Clerk's Record filed on July 7, 2015.

3

10. Metropolitan's counsel conferred with counsel for YES Prep on August 12, 2015, and counsel for YES Prep advised that YES Prep does not oppose the relief requested in this Motion.

**WHEREFORE, PREMISES CONSIDERED,** Metropolitan respectfully requests that the Court extend the time for filing Appellant's opening brief to and through September 1, 2015, and further order the Harris County District Clerk to prepare and forward to this Court no later than August 28, 2015, a supplemental Clerk's Record containing all items specified in the parties' joint request to supplement the Clerk's Record filed on July 7, 2015..

**SIGNED AND FILED** this 13th day of August, 2015.

Respectfully submitted,

**THE HALL LAW FIRM**

/s/William L. Van Fleet
**Benjamin L. Hall III**
Texas Bar No. 08743745
**William L. Van Fleet II**
Texas Bar No. 20494750
**Kimmie R. Bennett**
State Bar No. 24011946
530 Lovett Blvd.
Houston, TX 77006
(713) 942-9600 (Telephone)
(713) 942-9566 (Facsimile)
bvfleet@comcast.net

**ATTORNEYS FOR APPELLANT
METROPOLITAN THEATRE, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on August 12, 2015, he conferred with counsel for Appellee YES Prep Public Schools, Inc., who advised that YES Prep does not oppose the relief requested in the above and foregoing Motion.

/s/William L. Van Fleet
William L. Van Fleet II

## CERTIFICATE OF COMPLIANCE (RULE 9.4)

The undersigned certifies that the above and foregoing Motion satisfies the requirements of Tex.R.App.P. 9.4 because the Motion contains 778 words.

/s/William L. Van Fleet II
William L. Van Fleet II

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2015, a true and correct copy of the foregoing Motion was forwarded to counsel for YES Prep Public Schools, Inc., J. Wiley George and Kathryn K. Ahlrich, Andrews Kurth, LLP, 600 Travis, Suite 4200, Houston, Texas 77002 via email at wileygeorge@andrewskurth.com and katieahlrich@andrewskurth.com.

/s/William L. Van Fleet
William L. Van Fleet II

**CAUSE NO. 2015-24030**

| | | |
|---|---|---|
| METROPOLITAN THEATRE, LLC, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | HARRIS COUNTY, TEXAS |
| | § | |
| JOSEPH DOW AND | § | |
| YES PREP PUBLIC SCHOOLS, INC., | § | |
| | § | 334TH JUDICIAL DISTRICT |
| Defendants. | § | |

**JOINT REQUEST FOR SUPPLEMENTAL CLERK'S RECORD**

TO THE HONORABLE DISTRICT CLERK:

Pursuant to Rule 34.5(c)(1) of the Texas Rules of Appellate Procedure, Metropolitan

Theatre, LLC and YES Prep Public Schools, Inc. request the Clerk of this Court to prepare

a Supplemental Record of this case for transmittal to the Court of Appeals for the First

District of Texas, Houston, Texas, Case No. 01-15-00480-CV, including the following

additional items (with any attached exhibits):

| Filing Date | Description |
|---|---|
| 05/05/2015 | Defendant YES Prep Public Schools, Inc.'s Plea to the Jurisdiction and, Subject Thereto, Original Answer, ***including exhibits\**** |
| 05/08/2015 | Plaintiff's Response to Defendant's YES Prep Public School, Inc.'s Plea to the Jurisdiction, ***including exhibits\**** |
| 05/11/2015 | Notice of Filing of Lis Pendens |
| 05/12/2015 | Defendant YES Prep Public Schools, Inc.'s Supplemental Plea to the Jurisdiction in Response to Plaintiff's First Supplement to Its Original Petition, ***including exhibits\**** |
| 05/13/2015 | Notice of Filing of Business Records Affidavit |
| 05/14/2015 | YES Prep Public Schools, Inc.'s Reply in Support of Its Plea to the Jurisdiction and Supplemental Plea to the Jurisdiction |

\* These three items are included in the current Clerk's Record, but without exhibits.



EXHIBIT

"A"

Additionally, the Original Clerk's Record lists the incorrect Attorney for Appellee. That listing should be corrected to read:

J. Wiley George
Kathryn K. Ahlrich

Please call Teresa Hicks at 713-220-4034 as soon as the Supplemental Record is complete and ready for filing. Additionally, if you are unable to locate any listed document, please call Ms. Hicks.

Respectfully submitted,

/s/ William L. VanFleet
**BENJAMIN L. HALL, III**
State Bar No. 08743745
**WILLIAM L. VANFLEET**
State Bar No. 20494750
**KIMBERLY R. BENNETT**
State Bar No. 24011946
530 Lovett Boulevard
Houston, Texas 77006
Telephone: (713)942-9600
Fax: (713) 942-9556
bvfleet@comcast.net

**ATTORNEYS FOR
METROPOLITAN THEATRE, LLC**

/s/ J. Wiley George
**J. WILEY GEORGE**
State Bar No. 07805445
**KATHRYN K. AHLRICH**
State Bar No. 24063686
Andrews Kurth LLP
600 Travis, Suite 4200
Houston, TX 77002
Telephone: 713-220-3928
wileygeorge@andrewskurth.com
katieahlrich@andrewskurth.com

**ATTORNEYS FOR YES PREP
PUBLIC SCHOOLS, INC.**

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Joint Request for Supplemental Clerk's Record was served by electronic service on all parties and counsel of record listed below on this the 7th day of July, 2015.

Benjamin L. Hall, III
William L. VanFleet
Kimberly R. Bennett
530 Lovett Boulevard
Houston, Texas 77006

C. Henry Kollenberg
Crain, Caton & James, P.C.
Five Houston Center, 17th Floor
1401 McKinney Street, Suite 1700
Houston, Texas 77010

/s/ Kathryn K. Ahlrich
Kathryn K. Ahlrich

3